UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) CORTNEY SHIELDS,<br><br>Defendant. | 2:17-CR-20522-TGB<br><br>ORDER FOR<br>SUPPLEMENTAL BRIEF |

The government is directed to provide the Court with supplemental briefing regarding the progress of inmate COVID-19 vaccination at FCI Allenwood and any information regarding whether Mr. Shields has received a vaccine. The brief is due on or before April 15, 2021.

DATED this 7th day of April, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge